United States District Court

Sheriff File Number – 22008782

Index Number - 1:22-cv-23362-KMW

State of Florida

| Weizman FL Properties LLC, a Florida limited liability company |
|---|
| vs. |
| Michael Maranda, an individual |

Affidavit of Service

Service of Process

State of New York - County of Suffolk    SS:

I, Deputy Sheriff Michael Edis, Badge # 525 of the Suffolk County Sheriff's Office, being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 1/19/2023 at 4:05 PM, at 122 Fairfield Avenue Holbrook, NY 11741 deponent served the within United States District Court, Southern district of Florida Summons in a civil action, United States District Court Southern District of Florida Amended Complaint pages 1-9, Exhibit "A" pages 1-8, Exhibit "B" pages 1-3, Exhibit "C" pages 1-2, Exhibit "D" pages 1-3, Ocean Bank wire statements, Disbursement instructions, Composite Exhibit "E" pages 1-2, Commercial Contract, Exhibit "B" pages 1-10, Exhibit "C" pages 1-15, Miami Dade County clerk hearing info, Exhibit "F", Exhibit "A" pages 1-8, Exhibit "B" pages 1-3. on Michael Maranda, the defendant named therein, in the following manner.

AFFIXED TO PREMISES

By affixing a true copy thereof to the door of the above-mentioned address: said address being the place of abode / place of business of Defendant.

MAILED

By mailing on 1/19/2023 a copy of the annexed to the Defendant at his last known good address which was 122 Fairfield Avenue Holbrook, NY 11741.

SERVICE ATTEMPTS

12/22/22 1030hrs @ 122 Fairfield Avenue Holbrook NY 11741. No answer to knock. Left message card on front door.
12/22/22 1524hrs Def Michael Maranda called SCSO civil bureau and stated that he received message and that his atty told him he does not have to accept service and that he has no intention of doing so and that he moved out of state.
12/2/22 1750hrs @ 122 Fairfield Avenue Holbrook NY 11741. No answer to knock. Left message card on front door.
01/19/23 1605hrs @ 122 Fairfield Avenue Holbrook NY 11741. No answer to knock. Left copy of summons and complaint on front door. Observed a recently delivered large package in front of front door bearing name of def, Michael Maranda.
01/19/23 1730hrs @ SCSO Civil bureau, mailed copy of summons and complaint to def Michael Maranda 122 Fairfield Avenue Holbrook NY 11741.

Sworn to before me on 1/20/23

Notary Public

LESLIE ANNE AGATE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AG6411225
Qualified in Suffolk County
My Commission Expires 11-09-2024

Michael Edis
Deputy Sheriff    Badge Number 525