**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

WEIZMAN FL PROPERTIES, LLC

PLAINTIFF(S)

v.

MICHAEL MARANDA,

CASE NUMBER
  1:22–cv–23362–KMW

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Michael Maranda**

as of course, on the date February 13, 2023.

**Angela E. Noble**
CLERK OF COURT

By _/s/ Esperanza Buchhorst–Rodriguez_
Deputy Clerk

cc:  Judge Kathleen M. Williams
    WEIZMAN FL PROPERTIES, LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)