UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WEIZMAN FL PROPERTIES, LLC,
a Florida limited liability company,

        Plaintiff,

Case No.: 1:22-cv-23362-KMW

vs.

Michael Maranda, an individual,

        Defendant.
_____/

## NOTICE OF APPEARANCE

Notice is given that Hunter A. Hagood-James, of Hagood & Hagood, PLLC, will appear as counsel for Defendant, MICHAEL MARANDA, in this proceeding.

Dated: March 17, 2023

        Respectfully submitted,

        _____
        **HAGOOD & HAGOOD, PLLC**
        Hunter A. Hagood-James, Esq.
        Florida Bar No. 1020504
        501 N Magnolia Avenue
        Orlando, Florida 32801
        Telephone: (407) 414-3846
        Primary Service Email Address:
        EService@HagoodHagood.com

*Counsel for the Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by e-service electronic filing on March 17, 2023, on counsel or parties of record on the Service List below.

_____
Signature of Filer

## SERVICE LIST

Steven M. Appelbaum
steven.appelbaum@saul.com
SAUL EWING LLP
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744
Attorneys for Plaintiff