UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WEIZMAN FL PROPERTIES, LLC,
a Florida limited liability company,

    Plaintiff,                                      CASE NO.: 1:22-cv-23362-KMW

v.

MICHAEL MARANDA, an individual,

    Defendant.
_____/

**JOINT MOTION FOR ENTRY OF CONSENT FINAL
JUDGMENT AGAINST MICHAEL MARANDA**

    Plaintiff, WEIZMAN FL PROPERTIES, LLC and Defendant MICHAEL MARANDA, through their respective counsel, move for the entry of a Consent Final Judgment Against Defendant, attached as <u>Exhibit 1</u>.

Dated:  July 21, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Hilda Piloto* | */s/ Hunter A. Hagood-James* |
| Hilda Piloto | Hunter A. Hagood-James, Esq. |
| Florida Bar No. 0154120 | Florida Bar No. 1020504 |
| **SAUL EWING LLP** | **HAGOOD & HAGOOD, PLLC** |
| 701 Brickell Avenue, Suite 1700 | 501 N Magnolia Avenue |
| Miami, Florida 33131 | Orlando, Florida 32801 |
| Telephone: (305) 428-4500 | Telephone: 407-414-3846 |
| Facsimile: (305) 374-4744 | HH@HagoodHagood.com |
| Hilda.piloto@saul.com | |