# EXHIBIT 1

41606352.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WEIZMAN FL PROPERTIES, LLC,
a Florida limited liability company,

    Plaintiff,                                                     CASE NO.: 1:22-cv-23362-KMW

v.

MICHAEL MARANDA, an individual,

    Defendant.
_____/

## CONSENT FINAL JUDGMENT

    Upon consideration of the Joint Motion for Entry of Consent Final Judgment [ECF No. ____] and for good cause shown, it is hereby **ORDERED** that judgment is entered against Defendant, MICHAEL MARANDA, whose address is 122 Fairfield Avenue, Holbrook, NY 11741, and in favor of Plaintiff, WEIZMAN FL PROPERTIES, LLC, a Florida limited liability company, whose address is 28 Lake Drive, Mountain Lakes, NJ 07046 for the principal sum of $518,865.23, plus reasonable attorneys' fees incurred through March 31, 2023 in the amount of $42,106.77, and $1,376.75 in taxable costs, for a total sum of $562,348.75 which shall bear statutory interest pursuant to 28 U.S.C. § 1961, for which sum let execution issue forthwith.

    It is further **ORDERED** and **ADJUDGED** that pursuant to Fed. R. Civ. P. 69**,** Defendant shall complete under oath Florida Rule of Civil Procedure form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorney within 45 days from the date of this Judgment, unless the Judgment is satisfied, or post judgment is stayed.

    Jurisdiction of this case is retained to enter further orders as necessary and proper.

    The Clerk is otherwise directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers in Miami, Florida this ___ day of _____, 2023.

                                                                _____
                                                                KATHLEEN M. WILLIAMS
                                                                UNITED STATES DISTRICT JUDGE