UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-23362-CV-WILLIAMS

WEIZMAN FL PROPERTIES, LLC,

    Plaintiff,

v.

MICHAEL MARANDA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's and Defendant's (together, the "***Parties***") Joint Motion for Entry of Consent Final Judgment ("***Joint Motion***") (DE 25). The Court has carefully considered the Joint Motion and the consent final judgment attached as Exhibit 1 to the Joint Motion (DE 25-1).  Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Joint Motion (DE 25) is **GRANTED.**

2. Final Judgment is entered in favor of Plaintiff and against Defendant.

3. Defendant shall pay the principal sum of $518,865.23, plus reasonable attorneys' fees incurred through March 31, 2023, in the amount of $42,106.77, and $1,376.75 in taxable costs, for a total sum of $562,348.75, which shall bear statutory interest pursuant to 28 U.S.C. § 1961.

4. Pursuant to Federal Rule of Civil Procedure 69, Defendant, under oath, shall complete Florida Rule of Civil Procedure Form 1.977, including all required attachments, and serve it on Plaintiff's counsel within 45 days from the date of this Order, unless the Judgment is satisfied or post-

        judgment is stayed.

5.    The Court retains jurisdiction over this matter for the sole purpose of enforcing the obligations under the consent final judgment.

6.    The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>28th</u> day of July, 2023.

 

KATHLEEN M. WILLIAMS  
UNITED STATES DISTRICT JUDGE